UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ruiz,<br><br>    Plaintiff,<br><br>  vs.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 4:12-cv-05919-YGR<br><br>[**PROPOSED**] ORDER |

Based on the Stipulation of counsel, the case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  May 29, 2013

Judge Yvonne Gonzalez Rogers
United States District Court Judge